## AMERICAN CASTER CO v AMERICAN LAUNDRY MACHINERY CO

Ohio Appeals, 1st Dist, Hamilton Co

No 4102.   Decided April 4, 1932

Joseph W. Sharts, Dayton, and Joseph T. Carney, Cincinnati, for plaintiff in error.

Peck, Shaffer & Williams, Cincinnati, for defendant in error.

### HAMILTON, J

Heard on motion of the defendant in error to require plaintiff in error to give security for costs, on the ground that plaintiff in error is a non-resident of Hamilton, County, Ohio.

It is admitted and alleged in the petition that plaintiff in error is a resident of the City of Hamilton, Ohio.  The City of Hamilton is located in Butler County, Ohio.

It is argued that the case having gone to judgment, without requiring security for costs, security can not now be exacted in this court in this error proceeding.

However, the question has been decided by the Supreme Court of Ohio in **Sterwerf v Smith, 73 Oh St, 62.** The syllabus is:

"A non-resident plaintiff may be required to give security for costs in a proceeding in error; and in default thereof his petition may be dismissed."

The motion for security for costs is granted.

ROSS, PJ, and CUSHING, J, concur.

## INDUSTRIAL COMMISSION v BAKER

Ohio Appeals, 1st Dist, Butler Co

No 546.   Decided June 27, 1932

Gilbert Bettman, Columbus, R. R. Zurmehly, Columbus, and Z. G. Morgenthaler, Hamilton, for plaintiff in error.

Walter S. Harlan, Hamilton, for defendant in error.

### PER CURIAM

This cause comes into this court on error from the Court of Common Pleas of Butler County, in which no final judgment was rendered by that court.  This court, therefore, has no jurisdiction in error.

The case was triable to a jury.  At the conclusion of the evidence, both parties moved for judgment, without reservations. The court properly discharged the jury. The court made an entry of judgment. Thereafter, a motion for a new trial was filed and overruled.  No final judgment was entered thereafter.

The entry preceding the motion for a new trial is merely a finding by the court, and final judgment must be deferred until after the overruling of the motion for a new trial. **Boedker v Richards, 124 Oh St, 12,** (Ohio Bar Association Reports, July 7, 1931).

The case is, therefore, still in the Court of Common Pleas of Butler County.

The petition in error is dismissed.

ROSS, PJ, HAMILTON and CUSHING, JJ, concur.